IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KIMBERLY HANSON,<br>    *Plaintiff,* | § § § | |
| v. | § § | CIVIL ACTION NO.: 4:22-cv-00488 |
| BUDDY'S ENTERPRISES, INC.,<br>    *Defendant.* | § § § | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff KIMBERLY HANSON and Defendant BUDDY'S ENTERPRISES, INC. have reached a settlement in this matter. The Parties intend to file dismissal documents within sixty (60) days, and request that all pending deadlines and hearings be removed from the Court's docket.

    Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ Sarah R. Smith*
SARAH R. SMITH
SBN: 24056346
sarah.smith@lewisbrisbois.com
*Attorney in Charge*
KIMBERLY R. JESSETT
SBN: 24074488
kimberly.jessett@lewisbrisbois.com
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
**ATTORNEYS FOR DEFENDANT**

**AND**

LAW OFFICES OF
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro,* by permission
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Telephone: (561) 807-7388
schapiro@schapirolawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2022, a true and correct copy of the foregoing has been provided to all counsel of record as indicated:

Douglas Steven Schapiro
SCHAPIRO LAW GROUP PL
7301-A W Palmetto Park Road #100A
Boca Raton, FL 33433
schapiro@schapirolawgroup.com
*Via EService*

                                             */s/ Sarah R. Smith*
                                             SARAH R. SMITH