IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| KIMBERLY HANSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:22-CV-00488 |
| BUDDY'S ENTERPRISES, INC., ) | |
| ) | |
| Defendant. ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, KIMBERLY HANSON and Defendant, BUDDY'S ENTERPRISES, INC., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendants and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 18th day of January, 2023.

                                              Law Offices of
                                              THE SCHAPIRO LAW GROUP, P.L.

                                              /s/ Douglas S. Schapiro
                                              Douglas S. Schapiro, Esq.
                                              State Bar No. 54538FL
                                              The Schapiro Law Group, P.L.
                                              7301-A W. Palmetto Park Rd., #100A
                                              Boca Raton, FL 33433
                                              Tel: (561) 807-7388
                                              Email: schapiro@schapirolawgroup.com

                                              Attorney for Plaintiff

*/s/ Sarah R. Smith*
Sarah R. Smith, Esq.
State Bar No. 24056346
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Plaza, Suite 1400
Houston, TX  77046
Email:  sarah.smith@lewisbrisbois.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of January, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/  Douglas S. Schapiro
Douglas S. Schapiro
State Bar No. 54538FL